UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DIONNE JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5068** |
| **MARLIN N. GUSMAN ET AL.** | **SECTION: "H"** |

## ORDER

Considering Plaintiff's Motion to Continue Trial Date and Pre-Trial Deadlines (Doc. 48);

**IT IS ORDERED** that a telephone status conference is **SET** for December 6, 2019, at 2:00 p.m. to discuss this matter. Counsel for Plaintiff shall initiate the call and contact the undersigned's chambers at (504) 589-7585 once all parties are on the line.

New Orleans, Louisiana this 2nd day of December, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1