**MINUTE ENTRY**
**ROBY, C. M. J.**
**December 3, 2019**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DIONNE JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-5068** |
| **MARLIN N. GUSMAN, ET AL** | **SECTION: "H" (4)** |

A Settlement Conference was held on this date. Participating were: Dionne Johnson, Plaintiff; Randy George McKee representing the plaintiff; Blake J. Arcuri and Laura C. Rodrigue representing the defendant, Marlin N. Gusman, Orleans Parish Sheriff; and Carl Edward Hellmers, III representing the defendant, Wellpath, LLC. Negotiations were successful and a settlement was reached. The agreement was recorded by Court Reports Jodi Simcox (504-589-7780).

The District Judge's staff has been notified to enter a dismissal with a retention of jurisdiction for settlement enforcement purposes.

**CLERK TO NOTIFY:**
**District Judge Jane Triche Milazzo**

**MJSTAR: 02:35**